1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVELYN JARAMILLO,                    )   Case No. CV 09-4809 JC
                        Plaintiff,    )
                                      )   JUDGMENT
            v.                        )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social                )
Security,                             )
                        Defendant.    )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:   July 19, 2010

                                    _____/s/_____

                                    Honorable Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE